Respondent.— Motion to dismiss appeal granted. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

IDEAL BAKERS SUPPLY CO., INC., Respondent, v. HARRY SCHLOM and NATHAN DEUTSCH, Copartners, etc., Appellants.— Motion to dismiss appeal granted. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

In the Matter of the Application of the BROOKLYN BAR ASSOCIATION to Discipline MARC M. FOX, an Attorney.— Upon consent of all parties, it is ordered that the money deposited in the office of the clerk of this court pursuant to order made herein, dated March 19, 1926, be paid over to Sam Shapiro. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

In the Matter of the Application of the BROOKLYN BAR ASSOCIATION.— Application withdrawn on consent of all parties. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

In the Matter of Proceedings Supplementary to Execution under a Judgment in Favor of WATERBURY TRUST COMPANY, Respondent, v. MORRIS DICTEROW, Appellant.— Motion for stay granted. Apparently the undertaking has been corrected, as requested by respondent. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

JOHN C. JUDGE, as Trustee of the LAURELTON LAND OWNERS GRIEVANCE AND MOVEMENT ASSOCIATION, Respondent, v. THE CONTINENTAL BANK OF NEW YORK, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

RAYMOND F. KILTHAU, Plaintiff, v. INTERNATIONAL MERCANTILE MARINE COMPANY, Defendant.— Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable defendant to apply to the Court of Appeals. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

PHILIP LESCHNIK, Appellant, v. A. D. B. CONSTRUCTION Co., INC., and Others, Defendants. THE WEST END BANK OF BROOKLYN, Respondent.— Motion for leave to intervene, and for reargument of appeal, granted. Case set down for Friday, June 11, 1926. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

DOMENICO MEOLI, Respondent, v. ANNA PAONE and JOHN PAONE, Appellants.— Motion to dismiss appeal denied on condition that within ten days appellants pay fifty dollars costs to the attorney for respondent; otherwise, motion granted. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

MINNIE MURPHY O'BRIEN, as Executrix, etc., of LAWRENCE G. O'BRIEN, Deceased, Appellant, v. KATIE O'BRIEN and THE EMIGRANT INDUSTRIAL SAVINGS BANK, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

VINCENT ORLINO, Respondent, v. HARRY SILVERSTONE, Appellant.— Motion to dismiss appeal denied. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

· LENA ORLINO, Respondent, v. HARRY SILVERSTONE, Appellant.— Motion to dismiss appeal denied. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.